# EXHIBIT B

```
AMHS            08/26/19         HISTORY SUMMARY              17:00:50
CUR
CTL2 000 CTL3 000 CTL4 0000 ACCT 00000         ISHAQUE MAHMO
START DATE 08/15/18         COST CENTER    00013

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST

OPT   EFF DATE TRAN DESCRIPTION          TRAN AMOUNT         POST BALANCE
      08/15/18 7888 PAYMENT AUTO CR           484.00           11,814.94
      10/04/18 7888 PAYMENT AUTO CR           484.00           11,402.16
      12/03/18 7888 PAYMENT AUTO CR           242.00           11,242.63
      02/08/19 7888 PAYMENT AUTO CR           484.00           10,849.43
      03/27/19 7888 PAYMENT AUTO CR           242.00           10,668.90
      04/25/19 7888 PAYMENT AUTO CR           242.00           10,464.20
      06/12/19 7888 PAYMENT AUTO CR           242.00           10,282.75
      08/23/19 7888 PAYMENT AUTO CR           242.00           10,130.00




PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
AMPCHSIS AM1244 I: END OF DATA FOR THIS DATE RANGE                       LAST
```